UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19-00826 R(AGRx) | Date | October 20, 2022 |
|---|---|---|---|
| Title | Tom Lange Company International, Inc. v. Evergreen Fresh Farms, Inc., et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Vanessa Figueroa | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order ORDERING Plaintiff to Show Cause in Writing Why the Case Should Not Be Dismissed for Failure to Prosecute

On August 19, 2022, Plaintiff Tom Lange Company International, Inc. doing business as Seven Seas Fruit ("Plaintiff") and Defendants Evergreen Fresh Farms, Inc. and Eric W. Mydland (collectively, "Defendants") filed a stipulation to dissolve the preliminary injunction that was entered against Defendants in 2019. Dkt. # 20. Per the stipulation, in June 2022, the parties reached a confidential settlement agreement that settled the dispute that is the subject of this case. *Id.* at 3:24–27. Yet, the stipulation only requested an order dissolving the preliminary injunction and did not address dismissal of the case. *See generally id.* Because the stipulation did not address dismissal, the Court issued an order on August 26, 2022, that ordered Plaintiff to file a stipulation, within 45 days, dismissing the case or show cause why doing so was not warranted.

To date, Plaintiff has not filed anything in response to the Court's August 26, 2022 Order. Accordingly, the Court **ORDERS** Plaintiff to show cause in writing by **November 4, 2022**, why the case should not be dismissed for failure to prosecute. If Plaintiff does not file a timely written response, this case will be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

00:00
VF